IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07cv00335-RPM-MEH

JOSEPHINE C. BARELA,

    Plaintiff,

v.

TOWN OF CENTER,

    Defendant.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

---

THIS MATTER, having come on to be heard upon the parties' Stipulation for Dismissal With Prejudice, the Court having reviewed same and being fully advised in the premises;

DOTH ORDER that the Stipulation is granted and the case is dismissed, with prejudice, each party to pay her or their own costs and attorney fees.

DATED this 7th day of January, 2008.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                United States District Court Judge